# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>TIMOTHY COLUMBARE,<br><br>                   Defendant. | **8:19CR128**<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of F. Matthew Aerni to withdraw as counsel for the defendant, Timothy Columbare (Filing No. 19). Seth W. Morris has filed an entry of appearance as retained counsel for Timothy Columbare. F. Matthew Aerni's motion to withdraw (Filing No. 19) is granted.

F. Matthew Aerni shall forthwith provide Seth W. Morris any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Aerni which are material to Timothy Columbare's defense.

The clerk shall provide a copy of this order to Seth W. Morris.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2019.

                                                                   BY THE COURT:

                                                                   s/ Susan M. Bazis<br>
                                                                  United States Magistrate Judge