IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  TIMOTHY COLUMBARE,  Defendant. | 8:19-CR-128  ORDER |

IT IS ORDERED:

1. The Requests for Transcript (filing 50 and filing 51) are granted.

2. The Clerk's Office shall mail a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 22nd day of March, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge

---

[1] The Court reporter, Rogene S. Schroder, may be reached at (402) 661-7383 or roschrod79@yahoo.com.